**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION**

THOMAS GEESLING, individually and     )
as Administrator of the ESTATE OF     )
SHARON GEESLING,     )
     )
     Plaintiff,     )     NO. 2:06-0056
v.     )     JUDGE HAYNES
     )
CLAY COUNTY, TENNESSEE, JERRY     )
RHOTEN, individually and in his     )
official capacity as Sheriff of Clay County,     )
Tennessee; and GREG ETHRIDGE,     )
individually and in his official capacity as     )
Deputy Sheriff of Clay County, Tennessee,     )
     )
     Defendants.     )

## O R D E R

In accordance with the Memorandum filed herewith, the Defendants' motion for summary judgment (Docket Entry No. 11) is **GRANTED** and Plaintiff's federal claims are **DISMISSED with prejudice**. Plaintiff's pendent state law claims are **DISMISSED without prejudice** for lack of subject matter jurisdiction. This action is **DISMISSED**.

This is the Final Order in this action.

It is so **ORDERED**.

Entered this the ___ day of August, 2007.

William J. Haynes Jr.
United states District Judge